Ronald PROCTOR, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 505, 2015

Supreme Court of Delaware.

Submitted: February 17, 2016

Decided: February 22, 2016

Court Below—Superior Court of the State of Delaware, C.A. K15M–08–012

DISMISSED.

Lammote ROBINSON, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 354, 2015

Supreme Court of Delaware.

Submitted: February 19, 2016

Decided: February 23, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1408011233.

DISMISSED.